

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| David W. Cromwell, | § | No. 08-22-00129-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| Anadarko E&P Onshore, LLC., | § | Of Loving County, Texas |
| Appellee. | § | (TC# 18-10-923) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the reply brief until **February 1, 2023**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joshua S. Smith, the Appellant, prepare the Appellant's reply brief and forward the same to this Court on or before February 1, 2023.

IT IS SO ORDERED this 25th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.